UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 22-cv-1595

LARRY PITTMAN,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

JURY TRIAL DEMANDED

_____/

## COMPLAINT

COMES NOW, **LARRY PITTMAN ("PITTMAN")** Plaintiff herein, and by and through undersigned counsel, hereby sues Defendants, **THE UNITED STATES OF AMERICA ("USA")**, for grounds alleged as follows:

## JURISDICTION

1. This action is brought pursuant to the Federal Tort Claims Act (FTCA) §1346(b) and §2671-2680, Title 28, United States Code.

1

2. On November 19, 2021, Plaintiff submitted his Administrative Claim with supporting documentation to the General Tort Claims Unit located at the Office of the Judge Advocate in Norfolk, Maryland. The Administrative Claim and supporting documentation was received by the General Tort Claims Unit for the Office of the Judge Advocate on November 29, 2021. A copy of the return receipt is attached as "Exhibit A."

3. The General Tort Claims Unit did not deliver a final denial within six months of Plaintiff filing his claim. Accordingly, all conditions precedent to filing of the subject action pursuant to the Federal Tort Claims Act have either been met or waived.

4. Venue is properly within this District under 28 U.S.C. § 1402(b) as the acts complained of occurred in the Middle District of Florida.

### PARTIES

5. At all times material hereto, the United States Navy ("**US NAVY**") was an agency of The United State of America ("**USA**").

6. At all times material hereto, Plaintiff, **PITTMAN**, was a resident of Brevard County, Florida.

7. **USA** is an appropriate defendant under the Federal Tort Claims Act.

8. Defendant **USA** can be served with Summons and Complaint herein upon the U.S. Attorney's Office located at 400 W. Washington Street, Suite 3100, Orlando, FL 32801.

9. Plaintiff will send, contemporaneously with service of Complaint herein upon Defendants **USA,** copies of Complaint and Summonses herein by certified mail to the Attorney General pursuant to Federal Rule 4(i)(1)(B) and to the Postmaster General pursuant to Federal Rule 4(i)(2).

## FACTS

10. On June 18, 2021, Plaintiff, **PITTMAN**, was a driver of a white 2017 Honda Civic which was traveling northbound on Phillips Highway in Brevard County, Florida.

11. At the aforesaid time and place, Defendant, **USA**, through its agency **US NAVY**, employed a person named Michael J. Kinney ("**KINNEY**"). The Defendant's employee, **KINNEY** was operating a brown 2019 Chevrolet Colorado, eastbound on South Patrol Road in Brevard County, FL.

12. The employee driver, **KINNEY**, was operating the vehicle with the express consent, and at the direction of **US NAVY**, an Agency of Defendant, **USA**.

[The Remaining portion of this page is left intentionally blank]

13. At the aforesaid said time and place, **KINNEY**, driving as an employee for **US NAVY**, had a duty to keep Plaintiff, **PITTMAN** free of harm.

14. At the aforesaid said time and place, **KINNEY**, driving as an employee for **US NAVY**, failed to yield the right of way to Plaintiff, **PITTMAN**, by negligently pulling out of the intersection, causing **PITTMAN's** vehicle to collide with **KINNEY's** vehicle.

15. At all times material hereto, **KINNEY**, was an agent, servant, and employee of Defendant, **US NAVY**, and was acting within the line, course and scope of his employment.

16. At all relevant times, Defendant, **US NAVY**, was the owner of the brown 2019 Chevrolet Colorado being operated by **KINNEY**, with the express permission and consent of **US NAVY**.

[The Remaining portion of this page is left intentionally blank]

## STATUTORY BASIS OF LIABILITY AGAINST THE UNITED STATES OF AMERICA

17. This case is brought against the **USA** pursuant to 28 U.S.C. §2671 *et seq.*, commonly referred to as the Federal Tort Claims Act. Liability of USA is predicated specifically on 28 U.S.C. §1346(b)(1) and 2674 because the personal injuries and resulting damages that form the basis of this Complaint were proximately caused by the negligence, wrongful acts and/or omissions of an employee of **US NAVY** through its agency. This employee was acting within the course and scope of her office or employment, under circumstances where **US NAVY** and **USA,** if private persons, would be liable to the Plaintiff in the same manner and to the same extent as a private individual under the laws of the State of Florida.

18. Pursuant to 28 U.S.C. §2675, the claims of Plaintiff, **PITTMAN**, were presented to the appropriate agency of the Defendant, **USA**, on November 19, 2021, and received by **US NAVY** on November 29, 2021. Defendant **USA** did not deliver a final denial of **PITTMAN's** claim within six months of its filing.

## FIRST CAUSE OF ACTION – NEGLIGENCE
### (Against UNITED STATES OF AMERICA)

19. On June 18, 2021, Defendant **USA's** agent, **US NAVY**, employed a driver named **MICHAEL J. KINNEY**.

20. On June 18, 2021, **KINNEY** owed **PITTMAN** a duty to keep him free of harm.

21. On that date referenced above, **KINNEY** breached his duty by negligently causing the collision with Plaintiff, **PITTMAN's** vehicle at the intersection of Phillips Highway and South Patrol Road in Brevard County, Florida

22. Defendant, **USA**, is liable for the negligence of their employee driver, **KINNEY**, pursuant to Florida's Dangerous Instrumentality Doctrine, and *respondeat superior*.

23. Defendant, **USA**, as employer and principal, is vicariously liable for the negligence of **KINNEY**, the employee and agent of **US NAVY and USA**.

24. As a direct and proximate result of the negligence of **KINNEY**, for which Defendant, **USA**, is liable, Plaintiff, **PITTMAN**, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are permanent and continuing in nature within a reasonable degree of medical probability and the Plaintiff will suffer these losses in the future.

25. As a further direct and proximate result of the negligence of **KINNEY**, for which Defendant, **USA**, is liable, Plaintiff's personal property, including his vehicle and certain contents thereof, was lost, damaged or destroyed, the value of which will be proven at the time of trial.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff, **JOHN PITTMAN**, hereby demands judgment against Defendant, **THE UNITED STATES OF AMERICA,** for all damages allowable by law, costs of this action and such other relief as the Court deems meet and proper. Plaintiff demands trial by jury on all issues triable as of right before a jury.

**RESPECTFULLY** submitted this 6th day of September, 2022

*[signature]*

Ryan McCarville, Esq.
FBN: 0117831
Morgan & Morgan, P.A.
940 S Harbor City Blvd
Melbourne, FL 32901
Telephone: (321) 327-6263
Facsimile: (321) 327-6897
Primary email:
rmccarville@forthepeople.com
Secondary email:
mhutchinsonwilkins@forthepeople.com
Attorney for Plaintiff